1  Law Offices of Ronald Richards & Associates, A.P.C.
   Ronald Richards, Esq. Bar#176246
2  P.O. Box 11480
   Beverly Hills, CA 90213
3  Telephone (310) 556-1001
   Fax        (310) 277-3325
4
   Attorneys for Ramanathan Prakash
5

6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11                                              **CASE#** CR No S-08-427-MCE

12  UNITED STATES OF AMERICA            STIPULATION AND ORDER RE:
                                        MODIFICATION OF BOND
13       Plaintiff                      CONDITION TO ADD MENTAL
                                        HEALTH EVALUATION TREATMENT
14       v.                             AND CONDITION

15  Ramanathan Prakash,

16       Defendant

17

18       The defendant, through his attorney Ronald Richards, Esq. and the government

19  through its attorney, Phillip Ferrari, hereby stipulate to the following modification of the

20  defendant's bond:

21       The parties have no objection and neither does pre trial services to the following

22  amendment:

23  "You shall submit to a mental health evaluation as directed by Pretrial Services for

24  determining whether mental health treatment is necessary.  This evaluation is not for the

25  purpose of determining competency.  Following the evaluation, if treatment is

26  recommended, then you shall participate in a program of medical or psychiatric

27  treatment, including treatment for drug or alcohol dependency, as approved by the

28  Pretrial Services Officer and, you shall take all prescribed medication as directed by your

**1**

1

physician.  If it is determined you do not need treatment, then the mental health treatment condition will be suspended at that time."

Respectfully submitted,

Law Offices of Ronald Richards            UNITED STATES ATTORNEYS OFFICE
& Associates, A.P.C.

/s/ Ronald Richards                       /s/ Phillip Ferrari

_____          _____

Ronald Richards, Esq.                      Phillip Ferrari, Esq.
Attorneys for Defendant                    Attorney for the United States

Based on upon the above stipulation, the bond is hereby ordered amended as follows: "You shall submit to a mental health evaluation as directed by Pretrial Services for determining whether mental health treatment is necessary.  This evaluation is not for the purpose of determining competency.  Following the evaluation, if treatment is recommended, then you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer and, you shall take all prescribed medication as directed by your physician.  If it is determined you do not need treatment, then the mental health treatment condition will be suspended at that time."   All other conditions shall remain the same.

Dated:  December 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE