Law Offices of Ronald Richards & Associates, A.P.C.
Ronald Richards, Esq. Bar#176246
P.O. Box 11480
Beverly Hills, CA 90213
Telephone (310) 556-1001
Fax         (310) 277-3325

Attorneys for Ramanathan Prakash

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>    v.<br><br>Ramanathan Prakash,<br><br>    Defendant | **CASE#** CR No S-08-427-MCE<br><br>STIPULATION AND ORDER RE: MODIFICATION OF BOND CONDITION TO ADD MENTAL HEALTH EVALUATION TREATMENT AND CONDITION |

The defendant, through his attorney Ronald Richards, Esq. and the government through its attorney, Phillip Ferrari, hereby stipulate to the following modification of the defendant's bond:

The parties have no objection and neither does pre trial services to the following amendment:

"You shall submit to a mental health evaluation as directed by Pretrial Services for determining whether mental health treatment is necessary.  This evaluation is not for the purpose of determining competency.  Following the evaluation, if treatment is recommended, then you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer and, you shall take all prescribed medication as directed by your

physician.  If it is determined you do not need treatment, then the mental health treatment condition will be suspended at that time."

Respectfully submitted,

| Law Offices of Ronald Richards | UNITED STATES ATTORNEYS OFFICE |
| & Associates, A.P.C. | |
| /s/ Ronald Richards | /s/ Phillip Ferrari |
| _____ | _____ |
| Ronald Richards, Esq. | Phillip Ferrari, Esq. |
| Attorneys for Defendant | Attorney for the United States |

Based on upon the above stipulation, the bond is hereby ordered amended as follows: "You shall submit to a mental health evaluation as directed by Pretrial Services for determining whether mental health treatment is necessary.  This evaluation is not for the purpose of determining competency.  Following the evaluation, if treatment is recommended, then you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer and, you shall take all prescribed medication as directed by your physician.  If it is determined you do not need treatment, then the mental health treatment condition will be suspended at that time."   All other conditions shall remain the same.

Dated:  December 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE