Law Offices of Ronald Richards & Associates, A.P.C.
Ronald Richards, Esq. Bar#176246
P.O. Box 11480
Beverly Hills, CA 90213
Telephone (310) 556-1001
Fax        (310) 277-3325

Attorneys for Ramanathan Prakash

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:08-cr-00427-MCE |
| Plaintiff | ORDER ON REQUEST TO SEAL DOCUMENTS |
| v. | RULE 141 |
| RAMANATHAN PRAKASH, ALEXANDER POPOV, et al., | TRIAL DATE: MAY 31, 2011 |
| Defendants. | |

The supplemental expert witness report, referenced in Ramanthan Prakash's motion to continue trial, attached as Exhibit "A", is hereby sealed.

IT IS SO ORDERED.

Dated: May 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1