UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

UNITED STATES OF AMERICA

                Plaintiff(s),

Case No. 2:08-CR-00427-mce-7

v.

**RAMANTHAN PRAKASH**
                Defendant(s).

I, Alan Ellis, attorney for Ramanthan Prakash hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Law Offices of Alan Ellis |
| Address: | 1120 Nye Street, Suite 300 |
| City: | San Rafael |
| State: | CA   ZIP Code:  94901 |
| Voice Phone: | (415) 256-9775 |
| FAX Phone: | (415) 256-9772 |
| Internet E-mail: | AELaw1@aol.com |
| Additional E-mail: | AELaw3@aol.com |
| I reside in City: | Greenbrae  State:  CA |

I was admitted to practice in the Supreme Court of Pennsylvania on January 8, 1968. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have made a pro hac vice application to this court in the following case.
United States v. Garret G. Gilliland, III, No. S-08-376 EJG, applied for 6/30/11 and granted.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:       David W. Dratman

Firm Name:

Address:    1007 7th Street, Suite 305

City:       Sacramento

State:  CA          ZIP Code:   95814

Voice Phone: 916-443-2000

FAX Phone:  916-443-0989

E-mail:     dwdratman@aol.com

Dated:  8/26/11            Petitioner:
                           /s_____
                                      Alan Ellis

**ORDER**

IT IS SO ORDERED.

September 9, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE