LAW OFFICES OF ALAN ELLIS
ALAN ELLIS
PA State Bar No. 17430
EMAIL: AELaw1@aol.com
1120 Nye Street, Suite 300
San Rafael, CA 94901
(415) 256-9775 (telephone)
(415) 256-9772 (facsimile)

DAVID W. DRATMAN
Attorney at Law
California State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorneys for Defendant
RAMANTHAN PRAKASH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-00427-07-MCE |
| Plaintiff, | **ASSOCIATION OF ATTORNEYS AND ORDER** |
| vs. | |
| RAMANTHAN PRAKASH, et al., | |
| Defendants. | |

Attorney Alan Ellis hereby associates David W. Dratman in his representation of Ramanthan Prakash.

I consent to the association.

Dated: September 15, 2011            /s/ Alan Ellis
                                                         ALAN ELLIS

1   I accept the association.

2   Dated: September 15, 2011           /s/ David W. Dratman
                                        DAVID W. DRATMAN

ORDER RE: ASSOCIATION OF ATTORNEYS

IT IS SO ORDERED.

Dated: September 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ASSOCIATION OF ATTORNEYS AND ORDER