UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAMANATHAN PRAKASH,<br><br>    Defendant. | CASE NO. 2:08-CR-00427-mce-7<br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE POST-VERDICT MOTIONS<br>AND CONTINUING SENTENCING |

Upon Unopposed Motion by Defendant's Attorneys, Alan Ellis, Esquire, Ronald C. Richards, Esquire, and David Dratman, Esquire, it is hereby Ordered that:

　　　　A.　An extension of time to prepare and file post-verdict motions is granted and said post-verdict motions are due on or before December 22, 2011.

　　　　B.　The Response by the Government, if any, shall be filed on or before January 12, 2012.

　　　　C.　The Defendant's Reply, if any, shall be filed on or before January 19, 2012.

　　　　D.　A hearing on post-verdict motions, if needed, shall be held at a new date requested by counsel for the parties to be held on January 26, 2012 at 9 am.

E.  Sentencing is continued from January 5, 2012 to January 26, 2012.

Dated:  November 2, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE