UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00427-MCE |
| Plaintiff, | |
| v. | ORDER |
| RAMANATHAN PRAKASH, | |
| Defendant. | |

The Court is in receipt of the documents lodged by Defendant Ramanathan Prakash ("Defendant") on Tuesday, March 6, 2012.[1] Based on the information provided in those documents, questions have been raised as to the accuracy of the currently prepared Pre-Sentence Report ("PSR").

///
///
///
///

---

[1] Concurrently herewith, but pursuant to separate Order, the Court is ordering that those documents be filed under seal.

1

Accordingly, the Court now orders that Defendant turn over copies of the above-referenced documents to the Probation Officer to allow Probation to determine whether to modify its recommendations as to: 1) the obstruction of justice enhancement; 2) Defendant's ability to pay and the imposition of a fine; and 3) any other findings the Probation Officer believes may be affected.  Defendant Prakash's March 8, 2012, Judgment and Sentencing is hereby VACATED and CONTINUED to Thursday, May 24, 2012, at 9:00 a.m. in Courtroom 7.

The Probation Officer and all parties shall adhere to the following schedule unless it is later modified by this Court.

1. Any Amended PSR shall be disclosed to counsel not later April 12, 2012.
2. Counsel's written objections to the Amended PSR shall be delivered to the Probation Officer and opposing counsel not later than April 26, 2012.
3. The Amended PSR shall be filed with the Court and disclosed to counsel not later than May 3, 2012.
4. Any Motion for Correction of the Amended PSR shall be filed with the Court and served on the Probation Officer and opposing counsel not later May 10, 2012.
5. Any reply or statement of non-opposition shall be filed not later than May 17, 2012.

///
///
///
///
///

1  The Clerk of this Court is directed to serve this Order on
2 the United States Probation Office for the Eastern District of
3 California.
4  IT IS SO ORDERED.

Dated: March 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE