# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>    v.<br><br>Ramanathan Prakash, Alexander Popov, et al.,<br><br>    Defendant | Case No. CR 08-427-07-MCE<br><br>ORDER ON EX PARTE APPLICATION TO ALLOW RONALD RICHARDS TO WITHDRAW AS ATTORNEY OF RECORD |

The Court, after reviewing the ex parte application, hereby grants the application made on behalf of the defendant, Ramanathan Prakash, to allow his attorney of record Ronald Richards, to withdraw as counsel. The Court finds that Alan Ellis and his local counsel are still attorney's of record and that the defendant is not in pro per.

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE