UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMANATHAN PRAKASH,<br><br>Defendant. | Case No. 2:08-CR-0427 MCE |

ORDER

Pursuant to the parties' stipulation, the sentencing set for July 12, 2012, at 11 a.m. is VACATED, and the matter is set for a hearing on status of counsel and selection of a new sentencing date on July 19, 2012, at 9:00 a.m.  Attorney Alan Ellis is ordered to forward a copy of this order to James W. Spertus immediately upon receipt.

IT IS SO ORDERED.

Dated:  July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE