BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMANATHAN PRAKASH,<br><br>Defendant. | Case No.  2:08-CR-0427 MCE<br><br>**AMENDED STIPULATION TO CONTINUE SENTENCING FOR DR. RAMANATHAN PRAKASH** |

　　　　Defendant Ramanathan Prakash, by and through his counsel of record, and the Government, by and through its counsel, attempted to reach agreement on certain sentencing issues in advance of a sentencing hearing. The parties pursued such discussions, but were unable to reach agreements. Thus, the parties jointly request that the Court set the hearing for sentencing

//
//
//
//
//

1

for October 24, 2012, at 9:00 a.m.  The parties agree that no further briefing, documents, evidence, or other materials will be submitted to the Court.

Dated:  October 12, 2012                                  Respectfully submitted,

                          BENJAMIN B. WAGNER
                          United States Attorney

By:   /s/  Jean M. Hobler
      PHILIP A FERRARI
      JEAN M. HOBLER
      Assistant U.S. Attorneys

Dated:  October 12, 2012

By:   /s/  James Spertus
      JAMES SPERTUS
      Counsel for Ramanathan Prakash
      (as authorized on October 11, 2012)

# **O R D E R**

In accordance with the parties' stipulation, judgment and sentencing for Defendant Ramanathan Prakash in this matter is hereby scheduled for October 24, 2012 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

Dated:  October 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE